**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6317

DONALD VAUGHAN,

Plaintiff - Appellant,

v.

BURNICE MACE, RN, BSN; MEDICAL DEPARTMENT, in whole capacity; CORIZON HEALTH; YESCARE HEALTH,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Paula Xinis, District Judge.  (1:22-cv-03134-PX)

Submitted:  September 19, 2024                    Decided:  September 24, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Doc Vaughan, Appellant Pro Se.  Megan Trocki Mantzavinos, MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C., Towson, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Vaughan appeals the district court's order granting Defendants summary judgment in Vaughan's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Vaughan v. Mace*, No. 1:22-cv-03134-PX (D. Md. Mar. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*